IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SUSAN J. DEERING

        Plaintiff,

                              CASE NO.  3:05-cv-210-RV/MD

vs.

MARCO DESTIN, INC., d/b/a
ALVIN'S STORES, INC., d/b/a
ALVIN'S ISLAND TROPICAL
DEPARTMENT STORES

        Defendants,
_____/

## ORDER

    Pending is the plaintiff's motion to tax costs. (Doc. 14).

    After initially filing her complaint, plaintiff Susan J. Deering served a Notice of Lawsuit and Request for Waiver of Summons to each defendant. The defendants did not sign and return the Waiver of Service, thereby requiring the plaintiff to effect formal service. Plaintiff now moves to tax the costs incurred in serving the defendants with a summons and complaint in this case.

    Rule 4(d) of the Federal Rules of Civil Procedure provides that if a defendant fails to comply with a request for waiver made by a plaintiff, "the court shall impose costs subsequently incurred in effecting service on the defendant . . . " Fed. R. Civ. P. 4(d)(2). The costs to be imposed shall also include "a reasonable attorney's fee, of any motion required to collect the costs of service." The plaintiff contends that she incurred $43.93 as the cost of service, and $750.00 in attorney's fees for effecting service and preparing the pending motion to collect costs.

Upon consideration of the record, plaintiff's motion is GRANTED, except the award of attorney's fees will be reduced to $300, which should be more than adequate to cover the attorney's time in preparing and filing the subject motion. <u>See</u> Rule 4(d)(5).

Accordingly, the defendants shall pay to plaintiff the sum of $343.93 for costs in preparing the motion to tax costs and in effecting service on the defendants.

DONE and ORDERED this 13th day of March, 2006.

*/s/ Roger Vinson*
**ROGER VINSON**
**United States Senior District Judge**